1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    VADEN ANDERSON,                        Case No.  1:21-cv-00127-NONE-BAM

12              Plaintiff,                   ORDER DENYING PLAINTIFF'S REQUEST
                                             AND MOTION FOR ELECTRONIC CASE
13         v.                                MANAGEMENT CREDENTIALS
                                             PRIVILEGES AND PACER ACCESS
14    AMAZON.COM, INC., et al.,
                                              (Doc. 9)
15              Defendants.

16

17

18         Vaden Anderson ("Plaintiff"), proceeding pro se and *in forma pauperis*, filed the instant

19    action on January 19, 2021.  (Doc. 1.)  On July 15, 2021, Plaintiff filed the instant motion seeking

20    credentials and privileges for electronic filing in the Court's case management (CM/ECF) system

21    and PACER access.  (Doc. 9.)

22         Pursuant to the Local Rules, a pro se party shall file and serve paper documents and may

23    not utilize electronic filing unless granted permission by the Court.  L.R. 133(a)-(b).  A pro se

24    party may request an exception to the paper filing requirement from the Court by filing a

25    stipulation of the parties, or "if a stipulation cannot be had, [a] written motion[] setting out an

26    explanation of reasons for the exception."  L.R. 133(b)(3).

27    ///

28
                                             1

1    Upon review of the pleadings in this action and the motion submitted, the Court finds that

2    the request does not warrant an exception to the Local Rule.  Plaintiff attests that he intends to

3    objectively adhere to CM/ECF and PACER filing rules and guidelines, but Plaintiff fails to

4    provide any reasons for the need to use electronic filing.  (Doc. 9 at 1.)  Given this, the motion

5    does not comply with the requirement to submit a request explaining the reasons for an exception.

6    Accordingly, Plaintiff's motion for permission to utilize electronic filing is HEREBY

7    DENIED without prejudice.

8

9    IT IS SO ORDERED.

10    Dated:   **July 19, 2021**                    /s/ *Barbara A. McAuliffe*

11                                                         UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2