UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VADEN ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., et al.,<br><br>        Defendants. | No. 1:21-cv-00127-NONE-BAM<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST AND MOTION FOR SECOND EXTENSION OF TIME TO HAND FILE AMENDED FACTUAL COMPLAINT**<br><br>(Doc. 10) |

Plaintiff Vaden Anderson ("Plaintiff"), proceeding pro se and *in forma pauperis*, filed this action on January 29, 2021. (Doc. 1.) On May 18, 2021, the Court screened Plaintiff's complaint and granted him leave to amend within thirty (30) days. (Doc. 5.) On June 21, 2021, the Court granted Plaintiff's first request for an extension of time to file his amended complaint. The Court directed Plaintiff to file his first amended complaint within thirty (30) days. (Doc. 7.) On July 15, 2021, Plaintiff filed the instant request for a second extension of time to file amended complaint. (Doc. 10.) Plaintiff explains that he recently was involved in a rollover collision on June 16, 2021, as evidenced by a California Highway Patrol Accident Report filed under seal. He currently is under emergency care and physical therapy. Additionally, Plaintiff reports that he has experienced unforeseen circumstances and hardships directly related to COVID-19. Plaintiff therefore requests a second extension of time to amend his complaint due to the complex nature of the case. (*Id.*)

Having considered the request and supporting documents filed under seal, and good cause appearing, Plaintiff's motion for a second extension of time to file an amended complaint is GRANTED.   Within thirty (30) days from the date of this order, Plaintiff shall file a first amended complaint.   If Plaintiff fails to file an amended complaint in compliance with the Court's orders, including the May 18, 2021 screening order, then the Court will recommend dismissal of this action.  Plaintiff again is advised that further requests for extensions of time must be supported by good cause.

IT IS SO ORDERED.

Dated:   **July 20, 2021**              /s/ *Barbara A. McAuliffe*        _
                                         UNITED STATES MAGISTRATE JUDGE

2